### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF SOUTH CAROLINA
### AIKEN DIVISION

| | | |
|---|---|---|
| EMMA KIRBY, | ) | C.A. NO. 1:17-CV-00095-JMC |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | **ORDER TO REMAND** |
| | ) | |
| FAMILY DOLLAR STORES OF SOUTH CAROLINA, LLC, | ) ) | |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

This matter comes before this Court on joint motion of the parties for an order remanding this case to the Allendale County Court of Common Pleas for the State of South Carolina in accordance with 28 U.S.C §1447 and on the grounds that Plaintiff has stipulated to this court that the total amount in controversy (including, but not limited to, actual and consequential damages; punitive damages; and, costs, expenses, and fees) of her claim in the above-captioned matter is no more than $74,999.99. The Stipulation of Damages is attached as **Exhibit A** and incorporated herein by reference.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED as follows:

1. The total amount in controversy (including, but not limited to, actual and consequential damages; punitive damages; and, costs, expenses, and fees) of the Plaintiff's claim in the above-captioned matter is no more than $74,999.99 pursuant to the terms of the Stipulation.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the above matter be remanded to the Allendale County Court of Common Pleas for the State of South Carolina.

AND IT IS SO ORDERED.

<u>s/J. Michelle Childs</u>  
The Honorable J. Michelle Childs  
United States District Judge

Dated: January 19, 2017  
Columbia, South Carolina